■ In the Matter of ROBERT ABRAMS, as Attorney-General of State of New York, Petitioner, v HERMAN CAHN et al., Respondents. — Application for a writ of prohibition unanimously denied and petition dismissed, and cross motion for a writ of prohibition denied, without costs and without disbursements. No opinion. Concur — Ross, J. P., Markewich, Silverman, Bloom and Asch, JJ.